**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **OLATUNBOSUN GBOLADE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **CASE NO. CIV-14-997-M** |
| ) | |
| **CSAA INSURANCE EXCHANGE,** ) | |
| ) | |
| **Defendant.** ) | |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the plaintiff, Olatunbosun Gbolade, hereby notifies the Court that he dismisses this action with prejudice.

s/Raymond C. Durbin
OBA No. 2554
601 NW 13th Street
Oklahoma City, OK 73103-2213
Telephone:  (405) 521-0577
Fax:  (405) 525-0528
E-mail:  durbinlaw@flash.net

ATTORNEY FOR PLAINTIFF